1  THOMAS P. O'BRIEN
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  MONICA E. TAIT
   Assistant United States Attorney
6  California Bar Number 157311
   Asset Forfeiture Section
7        1400 United States Courthouse
         312 North Spring Street
8        Los Angeles, California 90012
         Telephone: (213) 894-2931
9        Facsimile: (213) 894-7177
         E-mail: Monica.Tait@usdoj.gov
10 Attorneys for Plaintiff
   United States of America
11

RECEIVED
BUT
NOT FILED

MAY - 8 2009

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

MAY - 8 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

12              UNITED STATES DISTRICT COURT

13         FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                    WESTERN DIVISION

| | |
|---|---|
| 15  UNITED STATES OF AMERICA, ) | NO.  CV 08-00035 VBF (FFMx) |
| 16           Plaintiff, ) | [PROPOSED] CONSENT JUDGMENT RESOLVING INTERESTS OF PEDRO |
| 17           v. ) | PARTIDA IN CERTAIN ASSETS AND DISMISSING AS DEFENDANTS A |
| 18  VEHICLES SEIZED FROM BROOKLYN ) AUTO SALES BUSINESS LOCATIONS, ) | GOLD CHAIN WITH PENDANT, A GOLD CHAIN, AND A WATCH |
| 19  VEHICLES SEIZED IN POMONA, ONE ) 2007 INFINITI G35, ONE 1964 ) | |
| 20  FORD THUNDERBIRD, VARIOUS ITEMS) OF JEWELRY, $32,202.28 IN BANK ) | |
| 21  ACCOUNT FUNDS, AND CURRENCY ) SEIZED FROM PEDRO PARTIDA, ) | [THIS ORDER IS NOT CASE- |
| 22  ) | DISPOSITIVE] |
| 23           Defendants. ) | |
| 24  JOSE G. ESCOBAR, LINDA U.S. ) ESCOBAR, JOSE ESCOBAR, JR., ) | |
| 25  PEDRO PARTIDA, MARIA RODRIGUEZ,) JACINTO ALARCON, JOSE PELAYO, ) | |
| 26  AND MANHEIM AUTOMOTIVE ) FINANCIAL SERVICES, INC., ) | |
| 27           Claimants. ) | |
| 28  ) | |

CV 08-00035

1       The court having reviewed the stipulation between plaintiff

2   United States of America and claimant Pedro Partida ("Partida"),

3   IT IS HEREBY ORDERED AS FOLLOWS:

4       1.    Partida has filed a claim to contest the forfeiture of

5   the following assets named as defendants in this case in

6   paragraph 5 and Exhibits A-C of the Complaint:

7       a.    $772 U.S. Currency and 3,400 Mexican Pesos;

8       b.    2003 Chevrolet Silverado 2500 HD;

9       c.    1963 Chevrolet Impala SS;

10      d.    2008 Weekend Warrior FS300 Trailer;

11      e.    2002 Yamaha 4 wheel YFZ350P Banshee ATV;

12      f.    Rolex Two Tone Datejust Watch with Jubilee Bank,

13            Diamond Bezel, and Diamond Dial;

14      g.    Mens 14kt yellow gold chain with cross pendant bearing

15            1.25 cts of diamonds;

16      h.    Rado "Diastar" with Stainless Steel band;

17      i.    A 2006 Harley Davidson FLHTCUI Ultra Classic EL Glide;

18      j.    14kt Yellow Gold Chain that features a 14kt Yellow Gold

19            Cross Pendant;

20      k.    Mens 14kt Yellow Gold Italian Chain; and

21      l.    Movado "Faceto" watch with Black Band.

22   The above assets claimed by Partida are more particularly

23   described in Exhibit A hereto.

24      2.    The government's complaint in this action was filed on

25   January 3, 2008, alleging that the defendant assets are subject

26   to forfeiture to the United States pursuant to 18 U.S.C.

27   §§ 981(a)(1)(A) and (C), 984, 21 U.S.C. § 881(a)(4), and 31

28   U.S.C. § 5317(c)(2).   The United States published notice of this

CV 08-00035                        2

1   action as required by Supplemental Rule G(4)(a), Federal Rules of

2   Civil Procedure, on March 10, 17 and 24, 2008, and the time for

3   filing a claim to contest the forfeiture of any of the defendant

4   assets in this case has expired.

5       3.   Partida is the sole claimant contesting the forfeiture

6   of the assets listed above in paragraph 1(a), 1(c)-(h), and 1(j)-

7   (k). All potential claimants to those assets other than Partida

8   are deemed to have admitted the allegations of the complaint.

9       4.   Manheim Automotive Financial Services, Inc. ("Manheim")

10  is the sole additional claimant to the 2003 Chevrolet Silverado

11  2500 HD listed above in paragraph 1(b), and the United States has

12  separately stipulated to recognize Manheim's lien.  Therefore,

13  all potential claimants to the 2003 Chevrolet Silverado 2500 HD

14  other than Partida and Manheim are deemed to have admitted the

15  allegations of the complaint.

16      5.   Jose G. Escobar, Linda U.S. Escobar, Jose G. Escobar,

17  Jr., Maria Rodriguez, Jacinto Alarcon, Jose Pelayo, and Manheim

18  have each filed claims in this action to certain vehicles and

19  other assets.  To the extent other parties have filed timely

20  claims in this action, this Consent Judgment does not affect the

21  interests of such parties in such assets.

22      6.   It is the intent of the United States and Partida to

23  resolve all of their competing claims to the defendants in their

24  accompanying Stipulation and this Consent Judgment.

25      7.   All right, title, and interest of Partida, and all

26  other potential claimants, in the following defendant assets is

27  hereby condemned and forfeited to the United States of America:

28      a.   $772 U.S. Currency and 3,400 Mexican Pesos;

1    b.   1963 Chevrolet Impala SS [VIN: CA748480, license

2         4RBY781];

3    c.   2008 Weekend Warrior FS300 Trailer [5HRFF30358C021524];

4    d.   2002 Yamaha 4 wheel YFZ350P Banshee ATV

5         [JY43GG0392C036703];

6    e.   Rolex Two Tone Datejust Watch with Jubilee Bank,

7         Diamond Bezel, and Diamond Dial;

8    f.   Mens 14kt yellow gold chain with cross pendant bearing

9         1.25 cts of diamonds; and

10   g.   Rado "Diastar" with Stainless Steel band.

11 The United States Marshals Service shall dispose of these assets

12 in accordance with law.

13      8.   All right, title, and interest of Partida, and all other

14 potential claimants except Manheim, in the 2003 Chevrolet

15 Silverado 2500 HD [1GCHK23G33F168833], is hereby condemned and

16 forfeited to the United States of America.   The United States

17 Marshals Service shall dispose of this vehicle in accordance with

18 law and with the stipulation recognizing Manheim's lien, and

19 order thereon, previously filed in this action.

20      9.   All right, title, and interest of Partida in all other

21 defendant assets in this case as to which Partida has not filed a

22 claim is hereby condemned and forfeited to the United States of

23 America.

24      10.   The United States shall return to Partida the following

25 defendant assets:

26   a.   A 2006 Harley Davidson FLHTCUI Ultra Classic EL Glide;

27   b.   14kt Yellow Gold Chain that features a 14kt Yellow Gold

28         Cross Pendant;

CV 08-00035                          4

1    c.    Mens 14kt Yellow Gold Italian Chain; and

2    d.    Movado "Faceto" watch with Black Band.

3  The United States disclaims any intent to forfeit the assets

4  listed in paragraph 10(a)-(d) above (the "Released Assets"), and

5  has recognized the claims of Partida and Maria Rodriguez to the

6  2006 Harley Davidson FLHTCUI Ultra Classic EL Glide (the "2006

7  Harley") pursuant to 28 U.S.C. § 2465(b)(2)(C) as part of the

8  parties' stipulation.  With the exception of the 2006 Harley

9  (which shall be dismissed upon the agreement of Maria Rodriguez),

10  the Released Assets are hereby dismissed as defendants in this

11  action.

12    11.    The United States shall accomplish the return of the

13  Released Assets within 30 days after entry by the Court of this

14  Consent Judgment by delivering custody of the Released Assets to

15  Partida's current counsel of record (or such party as such

16  counsel may designate).  *Provided*, prior to such release co-

17  claimant Maria Rodriguez must agree in writing to the dismissal

18  from this action of the defendant 2006 Harley and to the delivery

19  of the 2006 Harley as specified in this Consent Judgment.

20  Partida consents to the dismissal of the 2006 Harley upon the

21  filing of such agreement signed by Rodriguez.  Any disputes

22  between co-claimants Partida and Rodriguez as to the disposition

23  of the 2006 Harley shall be resolved by this Court.

24    12.    Except as to such rights and obligations created by the

25  parties' Stipulation and this Consent Judgment, Partida releases

26  and holds harmless the United States (and any state or local law

27  enforcement agency), and any agents, servants, and employees of

28  the United States, including the Drug Enforcement Administration,

1 | acting in their individual or official capacities, from all
2 | claims, actions or proceedings which are related to or arise out
3 | of this action, including, but not limited to, any claim for
4 | attorney's fees, costs, and/or interest, that may hereafter be
5 | asserted or brought by him or on his behalf.
6 |     13.   All of the signatories to the parties' stipulation
7 | shall execute all documentation necessary to carry out their
8 | agreement.  No later than five days after the date his attorney
9 | signed the parties' stipulation, Partida shall deliver to counsel
10 | for plaintiff all original certificates of title in his
11 | possession, custody, or control for the vehicles listed in
12 | paragraph 7.  Each party waives its right to appeal this Consent
13 | Judgment.  Entry of this Consent Judgment constitutes a
14 | certificate of reasonable cause pursuant to 28 U.S.C.
15 | § 2465(a)(2).
16 |     14.   Each party shall bear its own costs of litigation and
17 | attorney's fees.
18 |     15.   The government has filed several related forfeiture
19 | cases.  The government and Partida have separately agreed that
20 | the government's claims in the following action shall be
21 | dismissed:  United States v. Real Property Located in Pomona,
22 | California, CV 07-7283 VBF (FFMx).  Partida has disclaimed any
23 | interest in the defendant assets named in the following actions,
24 | and has consented to the entry of judgment by default forfeiting
25 | to the United States all his right, title, and interest in such
26 | assets:   United States v. Real Property Located at 4300-4302 E.
27 | 3rd Street, Los Angeles, California, et al., CV 07-5492 VBF
28 | (FFMx); United States v. Two 2007 Nissan Altimas, et al., CV

CV 08-00035                     6

08-1545 VBF (FFMx); and <u>United States v. One 2002 BMW 745i</u>, CV

08-2227 VBF (FFMx).

16.   The district court retains jurisdiction over this case

and the parties hereto to effectuate the terms of the parties'

agreement and this Consent Judgment.   There being no just reason

for delay, the clerk is hereby directed to enter this Consent

Judgment pursuant to Rule 54(b) of the Federal Rules of Civil

Procedure.   This Consent Judgment constitutes a final judgment as

to the interests of Partida in all the defendant assets, and a

final judgment as to the interests of all potential claimants in

the assets listed in paragraphs 7-8.

**IT IS SO ORDERED.**

DATED: _____5-8-09_____       _____
                                    THE HONORABLE VALERIE BAKER FAIRBANK
                                    United States District Judge


Presented by:

THOMAS P. O'BRIEN
United States Attorney

_____
MONICA E. TAIT
Assistant United States Attorney

CV 08-00035                                    7

| | Property Description | CATS # |
|---|---|---|
| 1. | $772.U.S. Currency / $3,400.00 Mexican Pesos | 07-DEA-488475 |
| 2. | 2003 Chevrolet Silverado 2500 HD | 07-DEA-488112 |
| 3. | 1963 Chevrolet Impala SS | 07-DEA-488298 |
| 4. | 2008 Weekend Warrior FS3000 Trailer | 07-DEA-488304 |
| 5. | 2006 Harley Davidson FLHTCUI Ultra Classic EL Glide | 07-DEA-488303 |
| 6. | 2002 Yamaha 4 Wheel YFZ350P Banshee ATV | 07-DEA-488296 |
| 7. | 14kt Yellow Gold Chain that features a 14kt Yellow Gold Cross Pendent | 07-DEA-489633 |
| 8. | Rolex Two Tone Datejust Watch with Jubilee Band, Diamond Bezel, and Diamond Dial | 07-DEA-489633 |
| 9. | Mens 14kt Yellow Gold Italian Chain | 07-DEA-489634 |
| 10. | Mens 14kt Yellow Gold Chain that features a Cross Pendant w/ 1.25 cts of Round Diamond | 07-DEA-489634 |
| 11. | Movado "Faceto" Watch with Black Band S#84.A1.838.2 & S#2134277 | 07-DEA-489634 |
| 12. | Rado "Diastar" with Stainless Steel Band S#636.0308.3 & S#02980 on band | 07-DEA-489634 |
| | | |
| | | |

Exhibit A

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California.  My business address is 312 North Spring Street, 14th Floor, Los Angeles, California 90012.

On <u>May 8, 2009</u>, I served a <u>[PROPOSED] CONSENT JUDGMENT</u> <u>RESOLVING INTERESTS OF PEDRO PARTIDA IN CERTAIN ASSETS AND</u> <u>DISMISSING AS DEFENDANTS A GOLD CHAIN WITH PENDANT, A GOLD CHAIN,</u> <u>AND A WATCH</u> on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO:  SEE ATTACHED LIST.**

_X_ I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

___ Via Hand Delivery

___ Via Fax

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: <u>May 8, 2009</u> at Los Angeles, California.

TERESA MARTINEZ

**SERVICE LIST**

Paul Gabbert
Law Offices
2115 Main Street
Santa Monica, CA 90405

Kerry R Bensinger
Bensinger Ritt Tai and Thvedt
65 North Raymond Avenue Suite 320
Pasadena, CA 91103-3947

Stacey A Carroll
Dow Lohnes PLLC
Six Concourse Parkway Suite 1800
Atlanta, GE 30328

D Edward Hays
Marshack Hays LLP
5410 Trabuco Road
Suite 130
Irvine, CA 92620-5749