```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  MONICA E. TAIT
    Assistant United States Attorney
 6  California Bar Number 157311
    Asset Forfeiture Section
 7       1400 United States Courthouse
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (213) 894-2931
 9       Facsimile: (213) 894-7177
         E-mail: Monica.Tait@usdoj.gov
10  Attorneys for Plaintiff
    United States of America
11
                  UNITED STATES DISTRICT COURT
12
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
13
                       WESTERN DIVISION
14
15  UNITED STATES OF AMERICA,        )  NO.  CV 08-00035 VBF (FFMx)
                                     )
16              Plaintiff,           )  CONSENT JUDGMENT AS TO CERTAIN
                                     )  ASSETS CLAIMED BY JOSE G.
17              v.                   )  ESCOBAR AND LINDA U.S. ESCOBAR
                                     )
18  VEHICLES SEIZED FROM BROOKLYN    )
    AUTO SALES BUSINESS LOCATIONS,   )
19  VEHICLES SEIZED IN POMONA, ONE   )
    2007 INFINITI G35, ONE 1964      )
20  FORD THUNDERBIRD, VARIOUS ITEMS  )
    OF JEWELRY, $32,202.28 IN BANK   )
21  ACCOUNT FUNDS, AND CURRENCY      )  [THIS ORDER IS NOT CASE-
    SEIZED FROM PEDRO PARTIDA,       )  DISPOSITIVE]
22                                   )
                Defendants.          )
23  _____)
    JOSE G. ESCOBAR, LINDA U.S.      )
24  ESCOBAR, JOSE ESCOBAR, JR.,      )
    PEDRO PARTIDA, MARIA RODRIGUEZ,  )
25  JACINTO ALARCON, JOSE PELAYO,    )
    AND MANHEIM AUTOMOTIVE           )
26  FINANCIAL SERVICES, INC.,        )
                                     )
27              Claimants.           )
    _____)
28
```

CV 08-00035

The court having reviewed the stipulation of Plaintiff United States of America and claimants Linda U.S. Escobar ("Linda Escobar"), and Jose G. Escobar ("Escobar Sr."), IT IS HEREBY ORDERED AS FOLLOWS:

1. Escobar Sr. and Linda Escobar have claimed to have interests in the majority of the defendant vehicles in this action, and to the defendant $32,202.28 in Bank Account Funds ("defendant funds"). This Consent Judgment does not affect Linda Escobar's claim of ownership to the defendant funds.

2. The United States has already stipulated to recognize the interests of Manheim Automotive Financial Services, Inc. ("Manheim") in the defendant Vehicles Seized from Brooklyn Auto Sales Business Locations described in paragraph 5(a) of the government's complaint in this action. In addition, Jose G. Escobar, Jr., Pedro Partida, Maria Rodriguez, Jacinto Alarcon, and Jose Pelayo have each filed claims in this action to certain vehicles and other assets. To the extent other parties have filed timely claims in this action, this Consent Judgment does not affect the interests of such parties in such assets.

3. The government's complaint in this action was filed on January 3, 2008, alleging that the defendant assets are subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C), 984, 21 U.S.C. § 881(a)(4), and 31 U.S.C. § 5317(c)(2). The United States published notice of this action as required by Supplemental Rule G(4)(a), Federal Rules of Civil Procedure, on March 10, 17 and 24, 2008, and the time for filing a claim to contest the forfeiture of any of the defendant assets in this case has expired.

4. This Court has jurisdiction over the subject matter of the present action and over the parties to the stipulation. It is the intent of the United States and Escobar Sr. to resolve all of their competing claims to the defendants in this action by their Stipulation and this Consent Judgment. It is the intent of the United States and Linda Escobar to resolve all of their competing claims to the vehicles described in paragraphs 5(a)-(c) of plaintiff's Complaint in this action (as corrected by plaintiff's January 2008 Notice of Errata regarding the description of the defendant Ford Thunderbird) by their Stipulation and this Consent Judgment. These parties' agreement to their Stipulation is dependent upon the execution by all parties identified below of the following stipulations:

    a. A Stipulation between the United States and Escobar Sr. in the matter <u>United States v. Real Property Located at 4300-4302 E. 3rd Street, Los Angeles, California, et al.</u>, CV 07-5492 VBF (FFMx);

    b. A Stipulation between the United States and Linda Escobar and Modesta Salas in the matter <u>United States v. Real Property Located at 4300-4302 E. 3rd Street, Los Angeles, California, et al.</u>, CV 07-5492 VBF (FFMx);

    c. A Stipulation between the United States, Escobar Sr., and Linda Escobar in the matter <u>United States v. Two 2007 Nissan Altimas, et al.</u> CV 08-1545 VBF (FFMx); and

    d. A Stipulation between the United States, Escobar Sr., and Linda Escobar in the matter <u>United States v. One 2002 BMW 745i</u>, CV 08-2227 VBF (FFMx).

5. All right, title, and interest of Escobar Sr. in all of

the defendant assets in this action other than the vehicles listed on Exhibit B to this Consent Judgment ("Exhibit B vehicles") is hereby condemned and forfeited to the United States of America. All right, title, and interest of Linda Escobar in the defendant vehicles listed on Exhibit A ("Exhibit A vehicles") is hereby condemned and forfeited to the United States of America. All right, title, and interest of all other potential claimants to the Exhibit A vehicles who have not already filed timely claims in this action is also hereby condemned and forfeited to the United States of America. The United States Marshals Services shall dispose of such Exhibit A vehicles as to which no other claims have been filed in accordance with law and with the previously-filed Stipulation recognizing Manheim's lien.

6. In consideration for Escobar Sr.'s and Linda Escobar's agreement to the parties' stipulation and the other stipulations set forth in paragraph 4, the United States has disclaimed any intent to forfeit the Exhibit B vehicles as prayed in its Complaint, and recognizes the claims of Escobar Sr. and Linda Escobar to the Exhibit B vehicles pursuant to 28 U.S.C. § 2465(b)(2)(C). No party other than Escobar Sr. and Linda Escobar has filed any claim of ownership as to the Exhibit B vehicles. The United States shall return the Exhibit B vehicles to Linda Escobar within 30 days after entry of this Consent Judgment by delivering custody of the Exhibit B vehicles to her or her agent at a time and place to be designated by the United States.

7. Except as to such rights and obligations created by their Stipulation and this Consent Judgment, Escobar Sr. releases

and holds harmless the United States (and any state or local law enforcement agency), and any agents, servants, and employees of the United States, including the Drug Enforcement Administration, acting in their individual or official capacities, from all claims, actions or proceedings which are related to or arise out of this action, including, but not limited to, any claim for attorney's fees, costs, and/or interest, that may hereafter be asserted or brought by him or on his behalf.

8. Except as to such rights and obligations created by their Stipulation and this Consent Judgment, Linda Escobar releases and holds harmless the United States (and any state or local law enforcement agency), and any agents, servants, and employees of the United States, including the Drug Enforcement Administration, acting in their individual or official capacities, from all claims, actions or proceedings which are related to or arise out of the forfeiture action against the Exhibit A and Exhibit B vehicles, including, but not limited to, any claim for attorney's fees, costs, and/or interest, that may hereafter be asserted or brought by her or on her behalf.

9. All of the stipulating parties shall execute all documentation necessary to carry out their agreement. Escobar Sr. and Linda Escobar shall deliver to undersigned counsel for plaintiff all original certificates of title in their possession, custody, or control for the Exhibit A vehicles. Each party waives its right to appeal this Consent Judgment. This Consent Judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465(a)(2).

10. Each party shall bear its own costs of litigation and

attorney's fees.  *Provided*, Linda Escobar's agreement to this paragraph extends only to such costs and fees she incurs through the date of release to her of the Exhibit B vehicles.

11.  This court retains jurisdiction over this case and the parties hereto to effectuate the terms of the parties' stipulation and this Consent Judgment.  There being no just reason for delay, the clerk is hereby directed to enter this Consent Judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, which constitutes a final judgment as to the interests of Escobar Sr. in all the defendant assets, a final judgment as to the interests of Linda Escobar in the Exhibit A and Exhibit B vehicles, and a final judgment as to the interests of all other potential claimants to the Exhibit A vehicles who have not filed timely claims.

IT IS SO ORDERED.

DATED: 5-8-09

_____
THE HONORABLE VALERIE BAKER FAIRBANK
United States District Judge


Presented by:

THOMAS P. O'BRIEN
United States Attorney

_____
MONICA E. TAIT
Assistant United States Attorney

| | EXHIBIT A VEHICLES | | | |
|---|---|---|---|---|
| Property Description | CATS # | Value at Seizure | VIN | Alternate VIN |
| 2007 Chevrolet Tahoe LS | 07-DEA-488066 | $28,500.00 | 1GNFC13J97R167188 | 1GNFC13067J120352 |
| 2006 Land Rover Range Rover | 07-DEA-488067 | $38,600.00 | SALSH23476A925026 | |
| 2002 Cadillac Escalade EXT | 07-DEA-488068 | $22,400.00 | 3GYEK63N42G257889 | 1GYEK63N22R178429 |
| 2004 Ford Expedition XLT | 07-DEA-488069 | $15,250.00 | 1FMPU15L24LB07563 | |
| 2006 Chevrolet Impala LT | 07-DEA-488071 | $13,150.00 | 2G1WC581369162627 | |
| 2003 Lincoln Navigator | 07-DEA-488073 | $21,225.00 | 5LMFU28R63LJ15159 | |
| 2007 Chevrolet Monte Carlo LS | 07-DEA-488074 | $19,859.00 | 2G1WJ15KX79111171 | |
| 2002 Cadillac Escalade EXT | 07-DEA-488075 | $23,850.00 | 1GYEK63N22R178429 | 3GYEK63N12G201361 |
| 2004 Kia Amanti | 07-DEA-488076 | $11,575.00 | KNALD124745037365 | |
| 2003 Chevrolet Tahoe LS | 07-DEA-488077 | $14,400.00 | 1GNEC13T43R102692 | |
| 1998 Ford Expedition XLT | 07-DEA-488078 | $9,850.00 | 1FMPU18L3WLB29084 | |
| 1999 Ford Mustang GT | 07-DEA-488079 | $11,525.00 | 1FAFP45X2XF119572 | |
| 1996 GMC Yukon | 07-DEA-488080 | $4,575.00 | 1GKEC13R0TJ712704 | |
| 2005 Ford Mustang | 07-DEA-488082 | $13,550.00 | 1ZVFT84N355216762 | |
| 2006 Cadillac DTS | 07-DEA-488083 | $26,000.00 | 1G6KD57Y26U103446 | |
| 2003 Hummer H2 | 07-DEA-488084 | $28,800.00 | 5GRGN23U53H112257 | |
| 2004 Ford Expedition Eddie Bauer | 07-DEA-488085 | $19,800.00 | 1FMFU18L04LA43627 | |
| 1999 Mercury Grand Marquis LS | 07-DEA-488087 | $3,800.00 | 2MEFM75WXXX641977 | |
| 2005 Chrysler 300C | 07-DEA-488088 | $21,300.00 | 2C3AA63HX5H581066 | |
| 2006 Infiniti M45 | 07-DEA-488089 | $38,600.00 | JNKAY01E76M108171 | |
| 2003 Infiniti M45 | 07-DEA-488090 | $19,400.00 | JNKAY41EX3M002820 | |
| 2006 Cadillac DTS | 07-DEA-488091 | $27,225.00 | 1G6KD57Y36U102449 | |
| 2004 Chrysler Pacifica | 07-DEA-488092 | $14,175.00 | 2C8GM68404R623058 | |
| 2007 Toyota Avalon Limited | 07-DEA-488093 | $29,976.00 | 4T1BK36B27U200566 | |
| 2006 Cadillac CTS | 07-DEA-488094 | $21,375.00 | 1G6DP577860152150 | |
| 2004 BMW 530i | 07-DEA-488095 | $26,700.00 | WBANA73544B063287 | |
| 2002 BMW 745i | 07-DEA-488096 | $29,450.00 | WBAGL63462DP54438 | |
| 2006 Mazda 3 | 07-DEA-488097 | $13,025.00 | JM1BK12G361410037 | |
| 2005 Jeep Grand Cherokee Laredo | 07-DEA-488098 | $15,950.00 | 1J4GS48K15C504062 | |
| 2004 Pontiac GTO | 07-DEA-488100 | $17,875.00 | 6G2VX12G14L275129 | |
| 2006 Honda Accord LX | 07-DEA-488101 | $15,050.00 | JHMCM564X6C002319 | |
| 2006 Mercedes-Benz C230 | 07-DEA-488102 | $24,125.00 | WDBFR52H46A877971 | WDBRF52H46A877971 |
| 2007 Nissan Armada LE | 07-DEA-488103 | $36,594.00 | 5N1AA08A17N712119 | |
| 2005 Dodge Viper | 07-DEA-488104 | $59,500.00 | 1B3JZ65Z45V501229 | |
| 2004 Porsche Cayenne | 07-DEA-488105 | $34,150.00 | WP1AC29P04LA93516 | |
| 2006 Lexus GS300 | 07-DEA-488106 | $31,475.00 | JTHBH96S865005410 | |
| 1998 Cadillac Seville STS | 07-DEA-488107 | $5,775.00 | 1G6KY5493WU914402 | |
| 2006 Toyota 4-Runner SR5 | 07-DEA-488108 | $24,300.00 | JTEZU14R760077933 | JTEZU14R160078348 |
| 1965 Volkswagen Beetle | 07-DEA-488109 | $2,950.00 | 5307576 | |
| 2006 Buick Lucerne CX | 07-DEA-488110 | $17,600.00 | 1G4HP57276U167150 | |
| 1999 Lincoln Navigator | 07-DEA-488111 | $11,050.00 | 5LMRU27L3XLJ13921 | |
| 2003 Chevrolet Silverado 2500 HD | 07-DEA-488112 | $13,525.00 | 1GCHK23G33F168833 | |
| 1999 Infiniti QX4 | 07-DEA-488113 | $8,200.00 | JNRAR05YXXW048346 | |
| 2005 Nissan Quest | 07-DEA-488114 | $14,500.00 | 5N1BV28U55N123375 | |
| 2005 Ford F150 XLT | 07-DEA-488115 | $15,150.00 | 1FTRX12W85NA01059 | |
| 1997 Ford Expedition | 07-DEA-488116 | $7,300.00 | 1FMEU17L6VLA52699 | |
| 2006 Nissan Murano | 07-DEA-488117 | $22,075.00 | JN8AZ08W86W522520 | |
| 2000 BMW X5 | 07-DEA-488118 | $17,200.00 | WBAFB3340YLH02365 | |
| 2005 Ford Explorer XLT | 07-DEA-488119 | $18,025.00 | 1FMZU63E05ZA68271 | |
| 2005 Volvo V70 | 07-DEA-488120 | $19,500.00 | YV1SW640852516102 | |
| 1999 Ford Mustang GT | 07-DEA-488121 | $11,525.00 | 1FAFP45X9XF133792 | |
| 2001 Mercedes-Benz SL55 AMG | 07-DEA-488123 | $30,600.00 | WDB2304751F000686 | |
| 2006 Infiniti G35 | 07-DEA-488124 | $23,075.00 | JNKCV51E06M511990 | |
| 2000 Mercedes-Benz S430 | 07-DEA-488125 | $18,625.00 | WDBNG70J7YA059392 | |
| 1995 Nissan Quest GXE | 07-DEA-488126 | $3,075.00 | 4N2DN11W0SD830966 | |
| 2005 Audi A4 | 07-DEA-488127 | $21,525.00 | WAUJT68E15A064237 | |
| 2006 Chevrolet Monte Carlo LS | 07-DEA-488128 | $12,300.00 | 2G1WJ15K169176540 | |
| 2006 Ford 500 SE | 07-DEA-488129 | $13,300.00 | 1FAFP23136G162037 | |
| 2004 Lexus RX330 | 07-DEA-488130 | $25,050.00 | JTJGA31U940014741 | |
| 2004 Chrysler Sebring Touring | 07-DEA-488131 | $11,750.00 | 1C3EL55R24N281488 | |
| 2005 Chevrolet Cobalt-L4 | 07-DEA-488132 | $8,650.00 | 1G1AK52F557614241 | |
| 2001 Ford F150 Pickup Truck | 07-DEA-488133 | $9,575.00 | 1FTRW07L71KA43245 | |

Ex. A Page 1 of 3



| | EXHIBIT A VEHICLES | | | |
|---|---|---|---|---|
| Property Description | CATS # | Value at Seizure | VIN | Alternate VIN |
| 2006 Honda Accord LX | 07-DEA-488134 | $17,700.00 | 1HGCM564X6A113886 | |
| 2003 Ford Thunderbird Convertible | 07-DEA-488136 | $18,625.00 | 1FAHP60A33Y109316 | |
| 2002 Cadillac Escalade EXT | 07-DEA-488137 | $20,325.00 | 3GYEK63N12G201361 | 3GYEK63N42G257889 |
| 2007 Volkswagen Jetta | 07-DEA-488138 | $16,959.00 | 3WGP71K17M084370 | 3VWPG71K17M084370 |
| 2002 Cadillac Escalade EXT | 07-DEA-488139 | $21,600.00 | 3GYEK63NX2G225190 | |
| 2004 Volvo V70 | 07-DEA-488140 | $19,175.00 | YV1SW64A842435639 | |
| 2005 Chrysler PT Cruiser Touring Edition | 07-DEA-488141 | $12,050.00 | 3C3EY55X05T343584 | |
| 2003 Ford Windstar LX | 07-DEA-488142 | $7,675.00 | 2FMZA51463BB76505 | |
| 2006 Saturn Ion-2 | 07-DEA-488143 | $10,600.00 | 1G8AJ55F26Z114723 | 1G8AJ55F262114723 |
| 2007 Nissan Sentra | 07-DEA-488144 | $14,868.00 | 3N1AB61E27L645034 | |
| 2000 Mercedes-Benz ML55 AMG | 07-DEA-488145 | $16,825.00 | 4JGAB74E5YA175293 | |
| 2003 Cadillac CTS | 07-DEA-488146 | $14,100.00 | 1G6DM57NX30102143 | |
| 2000 Cadillac Eldorado ESC | 07-DEA-488147 | $9,712.00 | 1G6EL12Y0YU202107 | |
| 2004 Lincoln LS | 07-DEA-488148 | $15,675.00 | 1LNHM86S74Y650087 | |
| 2003 GMC Sierra 1500 SLE | 07-DEA-488149 | $14,600.00 | 1GTEC19T03Z239919 | |
| 2006 Mazda M5 | 07-DEA-488150 | $13,175.00 | JM1CR29L560110109 | |
| 2007 Ford Taurus SEL | 07-DEA-488152 | $12,875.00 | 1ZVFT84NX75253715 | 1FAFP56UX7A207776 |
| 1988 Cadillac Allante | 07-DEA-488153 | $6,575.00 | 1G6VR3172JU102258 | |
| 2006 Mercury Milan Premier | 07-DEA-488154 | $15,150.00 | 3MEFM08Z66R612129 | |
| 2005 Chrysler 300 | 07-DEA-488155 | $15,650.00 | 2C3AA53G85H673990 | |
| 2006 Buick Lucerne CX | 07-DEA-488156 | $17,925.00 | 1G4HP57266U228682 | |
| 2000 Jaguar S-Type | 07-DEA-488157 | $10,350.00 | SAJDA01C3YFL53348 | |
| 2003 Land Rover Range Rover | 07-DEA-488158 | $35,050.00 | SALMB11463A105698 | |
| 2000 Cadillac Deville | 07-DEA-488159 | $10,762.00 | 1G6KD54Y6YU302670 | |
| 1997 Ford Expedition | 07-DEA-488160 | $5,725.00 | 1FMEU17L1VLA54991 | |
| 2003 Ford Thunderbird | 07-DEA-488161 | $23,225.00 | 1FAHP60A63Y113991 | |
| 2002 Cadillac Escalade EXT | 07-DEA-488162 | $20,975.00 | 3GYEK63N62G238809 | |
| 2004 Volvo S60 | 07-DEA-488163 | $21,825.00 | YV1RH59H342412178 | |
| 2005 GMC Topkick C4500 | 07-DEA-488164 | $46,995.00 | 1GDE4E1265F516872 | |
| 2006 Hummer H-2 | 07-DEA-488166 | $39,675.00 | 5GRGN22U16H113461 | |
| 2004 Kia Amanti | 07-DEA-488167 | $11,575.00 | KNALD124X45038249 | |
| 2006 Infiniti G35 | 07-DEA-488168 | $23,075.00 | JNKCV51E56M509409 | |
| 2006 Cadillac DTS | 07-DEA-488169 | $26,850.00 | 1G6KD57Y96U125055 | |
| 1979 Ford F100 Ranger XLT | 07-DEA-488170 | $1,475.00 | F10GUFC4283 | |
| 2007 Volkswagen Jetta | 07-DEA-488171 | $16,959.00 | 3VWPG71K77M032449 | |
| 1999 Ford Mustang GT | 07-DEA-488172 | $10,200.00 | 1FAFP404XXF156673 | |
| 2005 BMW 325i | 07-DEA-488187 | $23,175.00 | WBAAZ334X5KW76152 | |
| 1998 Cadillac Catera | 07-DEA-488188 | $3,700.00 | W06VR52R7WR038657 | |
| 2006 Ford Freestar SE | 07-DEA-488189 | $12,150.00 | 2FMZA51686BA61314 | |
| 2005 Kia Sedona LX | 07-DEA-488190 | $11,100.00 | KNDUP132656727518 | |
| 2005 Ford F150 XLT | 07-DEA-488191 | $14,900.00 | 1FTRW12W35FA37920 | |
| 2002 BMW 530i | 07-DEA-488192 | $13,525.00 | WBADT63442CH98871 | |
| 2004 Pontiac GTO | 07-DEA-488193 | $17,875.00 | 6G2VX12G54L304387 | |
| 2004 Volkswagen Touareg | 07-DEA-488194 | $25,500.00 | WVGCM77L84D056496 | |
| 2004 Kia Amanti | 07-DEA-488195 | $11,575.00 | KNALD124X45030622 | |
| 2006 Hyundai Sonata GLS | 07-DEA-488196 | $12,575.00 | 5NPEU46CX6H109757 | |
| 2005 Dodge Neon SXT | 07-DEA-488198 | $8,825.00 | 1B3ES56CX5D243668 | |
| 2002 Dodge Grand Caravan | 07-DEA-488199 | $6,400.00 | 2B4GP44362R764690 | |
| 2003 Ford Windstar LX | 07-DEA-488200 | $7,500.00 | 2FMZA51473BB00551 | |
| 2004 Nissan Quest | 07-DEA-488201 | $12,725.00 | 5N1BV28U44N366240 | |
| 2005 Ford Escape XLT | 07-DEA-488203 | $14,000.00 | 1FMYU03115KB28301 | |
| 2006 Hyundai Sonata GLS | 07-DEA-488204 | $12,950.00 | 5NPEU46F66H061684 | |
| 2002 BMW 745i | 07-DEA-488205 | $26,375.00 | WBAGL63432DP53148 | |
| 1998 Mercedes-Benz E320 | 07-DEA-488206 | $13,250.00 | WDBJF65F7WA657060 | |
| 2001 Mercedes-Benz CLK430 | 07-DEA-488208 | $18,250.00 | WDBLJ70G31F178711 | |
| 2000 Mercedes-Benz S500 | 07-DEA-488209 | $18,600.00 | WDBNG70J3A107017 | WDBNG70J3YA107017 |
| 2006 Dodge Charger SRT-8 | 07-DEA-488210 | $31,425.00 | 2B3LA73W96H511425 | |
| 2005 Mercury Grand Marquis GS | 07-DEA-488211 | $11,150.00 | 2MEFM74W35X635842 | |
| 2003 Mercedes-Benz SL55 AMG | 07-DEA-488213 | $58,925.00 | WDBSK74F03F037639 | |
| 1995 Chevrolet Impala SS | 07-DEA-488214 | $7,300.00 | 1G1BL52P3SR117103 | |
| 1999 Yamaha Wave Runner XL1200 Limited | 07-DEA-488218 | $4,130.00 | YAMA2790C999 | |
| 2001 Ford Explorer XLS | 07-DEA-488220 | $4,075.00 | 1FMZU62E41ZA59701 | |
| 2004 Hummer H2 | 07-DEA-488274 | $32,075.00 | 5GRGN23U64H105108 | |



Ex. A Page 2 of 3

| | EXHIBIT A VEHICLES | | | |
|---|---|---|---|---|
| Property Description | CATS # | Value at Seizure | VIN | Alternate VIN |
| 2006 Toyota 4-Runner SR5 | 07-DEA-488275 | $24,050.00 | JTEZU14R760077933 | |
| 2003 Jaguar XK8 | 07-DEA-488276 | $27,200.00 | SAJDA42C432A33206 | |
| 2003 Lexus ES300 | 07-DEA-488277 | $20,225.00 | JTHBF30G430130646 | |
| 2007 Jeep Commander Sport | 07-DEA-488278 | $26,103.00 | 1J8HH48K97C587423 | |
| 2005 Volkswagen Touareg | 07-DEA-488279 | $25,075.00 | WVGZG77L25D038840 | |
| 2007 Buick LaCrosse CX | 07-DEA-488280 | $21,182.00 | 2G4WC582371104819 | |
| 2005 Chevrolet Express G3500 | 07-DEA-488281 | $14,275.00 | 1GAHG39U151243798 | |
| 2005 Chevrolet Silverado 1500 | 07-DEA-488282 | $18,375.00 | 2GCEC13T751239968 | |
| 2007 Infiniti G35 | 07-DEA-488286 | $31,221.00 | JNKBV61E67M705362 | |
| 2000 Chevrolet Tahoe LT | 07-DEA-488291 | $10,000.00 | 1GNEK13T4YJ178924 | 1GNEK13T6YJ136612 |
| 1999 Yamaha Wave Runner and a Zieman Trailer | 07-DEA-489607 | $5,030.00 | YAMA1386D999 & 1ZCS14012XW294665 | |
| | | | | |
| *Vehicles from "Pomona vehicles," see Complaint para. 5(b)* | | | | |
| 2000 Chevrolet Tahoe | 07-DEA-488081 | $9,150.00 | 1GNEK13T6YJ136612 or 1GNEK13T4YJ178924 | |
| 2005 Mazda MPV LX | 07-DEA-488289 | $12,975.00 | JM3LW28AX50552267 | |
| 2003 Infiniti QX4 | 07-DEA-488290 | $16,050.00 | JNRDR09X43W250446 | |
| 2005 Chevrolet Silverado 3500 Pickup Truck | 07-DEA-488292 | $21,000.00 | 1GCJK33235F921422 | |
| 2002 Yamaha 4 Wheel YFZ350P Banshee ATV | 07-DEA-488296 | $2,385.00 | JY43GG0392C036703 | |
| 1969 Chevrolet Camaro SS | 07-DEA-488297 | $15,300.00 | 123679N605266 | |
| 1963 Chevrolet Impala SS | 07-DEA-488298 | $18,300.00 | CA748480 | |
| 1997 Harley Davidson FLSTC Heritage Softail | 07-DEA-488302 | $6,345.00 | 1HD1BJL42VY041336 | |
| 2006 Harley Davidson FLHTCUI Ultra Classic EL Gli | 07-DEA-488303 | $13,765.00 | 1HD1FCW336Y672519 | |
| 2008 Weekend Warrior FS3000 Trailer | 07-DEA-488304 | $40,000.00 | 5HRFF30358C021524 | |
| 2001 Chevrolet 1500 Express | 07-DEA-488305 | $7,700.00 | 1GBFG15R411224827 | |
| 2005 Yamaha 4 Wheel YFM660RT Raptor ATV | 07-DEA-489560 | $3,530.00 | JY4AM01Y85CO82304 | |
| 2005 Yamaha 4 Wheel YZF450T ATV | 07-DEA-489561 | $4,020.00 | JY4AJ11Y45C044440 | |

| | EXHIBIT B VEHICLES | | |
|---|---|---|---|
| Property Description | CATS # | Value at Seizure | VIN |
| Vehicles from "Pomona vehicles," see Complaint para. 5(b) | | | |
| 1962 Chevrolet Impala | 07-DEA-488293 | | 59S283339 |
| 1959 Chevrolet Impala | 07-DEA-488295 | | JY43GG0392C036703 |
| 1966 Chevrolet Impala SS | 07-DEA-488300 | | 164676J128358 |
| Vehicles from "BAS Premises Vehicles," Complaint para. 5(a) | | | |
| 1961 Chevrolet Impala | 07-DEA-488207 | $13,450.00 | |
| 1955 Chevrolet Bel Air | 07-DEA-488215 | $31,800.00 | VC550064286 |
| 1957 Chevrolet Bel Air | 07-DEA-488216 | $14,050.00 | VC57N204259 |
| 1948 Chevrolet Fleetmaster | 07-DEA-488217 | $14,800.00 | 9FKF21842 |
| 1937 Buick Roadmaster | 07-DEA-488219 | $14,200.00 | 3754419 |
| 1934 Ford Sedan | 07-DEA-488221 | $11,550.00 | 18254365 |
| 1956 Ford Thunderbird* | 07-DEA-488287 | $20,200.00 | P6FH159728 |
| *incorrectly described as "1964 Thunderbird" | | | |
| in case caption and Cplt. para 5(c) | | | |

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, California 90012.

On May 7, 2009, I served a [PROPOSED] CONSENT JUDGMENT AS TO CERTAIN ASSETS CLAIMED BY JOSE G. ESCOBAR AND LINDA U.S. ESCOBAR on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO: SEE ATTACHED LIST.**

_X_ I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

___ Via Hand Delivery

_X_ Via Fax: 310-392-9029 (PAUL GABBERT)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: May 7, 2009 at Los Angeles, California.

TERESA MARTINEZ

**SERVICE LIST**

Paul Gabbert
Law Offices
2115 Main Street
Santa Monica, CA 90405
(BY MAIL AND FACSIMILE)

Kerry R Bensinger
Bensinger Ritt Tai and Thvedt
65 North Raymond Avenue Suite 320
Pasadena, CA 91103-3947

Stacey A Carroll
Dow Lohnes PLLC
Six Concourse Parkway Suite 1800
Atlanta, GE 30328

D Edward Hays
Marshack Hays LLP
5410 Trabuco Road
Suite 130
Irvine, CA 92620-5749