```
 1  GEORGE S. CARDONA
    Acting United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  MONICA E. TAIT
    Assistant United States Attorney
 6  California Bar Number 157311
         1400 United States Courthouse
 7       312 North Spring Street
         Los Angeles, California 90012
 8       Telephone: (213) 894-2931
         Facsimile: (213) 894-7177
 9       E-mail: Monica.Tait@usdoj.gov
    Attorneys for Plaintiff
10  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CV 08-00035 VBF (FFMx) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CONSENT JUDGMENT RELATING TO DEFENDANT $32,202.28 IN BANK ACCOUNT FUNDS AND TERMINATING PARTICIPATION OF LINDA U.S. ESCOBAR IN THE CASE |
| VEHICLES SEIZED FROM BROOKLYN AUTO SALES BUSINESS LOCATIONS, VEHICLES SEIZED IN POMONA, ONE 2007 INFINITI G35, ONE 1964 FORD THUNDERBIRD, VARIOUS ITEMS OF JEWELRY, $32,202.28 IN BANK ACCOUNT FUNDS, AND CURRENCY SEIZED FROM PEDRO PARTIDA, | ) | [NOT CASE-DISPOSITIVE] |
| Defendants. | ) | |
| LINDA U.S. ESCOBAR and JOSE ESCOBAR, JR., | ) | |
| Claimants. | ) | |

CV 08-00035

1  The Court having reviewed the stipulation between plaintiff United States of America, and claimant Linda Escobar, requesting entry of a Consent Judgment as to the defendant $32,202.28 in Bank Account Funds, hereby ORDERS as follows:

1. Linda Escobar has filed a claim to contest the forfeiture of the defendant $32,202.28 in Bank Account Funds ("defendant funds"). The only other claimant to the defendant funds was Jose Escobar, Sr. ("Escobar Sr.").

2. The government's complaint in this action was filed on January 3, 2008, alleging that the defendant funds (and other assets) were subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C), 984, 21 U.S.C. § 881(a)(4), and 31 U.S.C. § 5317(c)(2). The United States published notice of this action as required by Supplemental Rule G(4)(a), Federal Rules of Civil Procedure, on March 10, 17 and 24, 2008, and the time for filing a claim to contest the forfeiture of any of the defendant assets in this case has expired.

3. It is the intent of the United States and Linda Escobar to resolve all of their competing claims to the defendant funds by their Stipulation and this Consent Judgment. These parties' agreement to their Stipulation is dependent upon the execution by Linda Escobar, the United States, and Roger R. Davis of a stipulation in the matter <u>United States v. Nine Firearms</u>, CV 08-111, which forfeits certain guns in that case and releases others to Linda Escobar and Roger Davis.

4. The defendant funds shall be disposed of as follows:

   a. Pursuant to a stipulation between the United States and Escobar Sr. and the court's Consent Judgment entered

|   |   |
|---|---|
| 1 | thereon, Escobar Sr. has already forfeited all his |
| 2 | right, title and interest in the defendant funds |
| 3 | (docket entry nos. 68 (¶ 5) and 69).  The United States |
| 4 | and Linda Escobar have stipulated that Escobar Sr.'s |
| 5 | interest in the defendant funds totals $16,101.14.  All |
| 6 | right, title, and interest of Linda Escobar and all |
| 7 | other potential claimants in $16,101.14 of the |
| 8 | defendant funds, and all interest accrued on this |
| 9 | portion of the defendant funds, is forfeited to the |
| 10 | United States.  The United States Marshals Service |
| 11 | shall dispose of this amount in accordance with law. |

b. The United States shall return the remaining $16,101.14 of the defendant funds, plus all interest actually accrued on this returned portion of the defendant funds, to Linda Escobar by delivering to her undersigned counsel a check in that amount payable to "Paul Gabbert Client Trust Account."  Said check shall be mailed within 30 days of the court's entry of this consent judgment to:  Paul Gabbert, Law Offices, 2115 Main St., Santa Monica, CA  90405; (310) 399-3259.

5. Except as to such rights and obligations created by their Stipulation, Linda Escobar has released and agreed to hold harmless the United States (and any state or local law enforcement agency), and any agents, servants, and employees of the United States, including the Drug Enforcement Administration, acting in their individual or official capacities, from all claims, actions or proceedings which are related to or arise out of this action, including, but not limited to, any claim for

1  attorney's fees, costs, and/or interest, that may hereafter be
2  asserted or brought by her, or on her behalf.
3       6.   All of the parties to the stipulation shall execute all
4  documentation necessary to carry out their agreement.  Each party
5  has waived its right to appeal this Consent Judgment.  Entry of
6  this order constitutes a certificate of reasonable cause pursuant
7  to 28 U.S.C. § 2465(a)(2).
8       7.   Each party shall bear its own costs of litigation and
9  attorney's fees.
10      8.   The district court retains jurisdiction over this case
11 and the parties hereto to effectuate the terms of their agreement
12 and this order, and to adjudicate the remaining claims as to
13 other defendant assets.  There being no just reason for delay,
14 the clerk is hereby directed to enter this Consent Judgment
15 pursuant to Rule 54(b) of the Federal Rules of Civil Procedure,
16 which constitutes a final judgment as to the interests of Linda
17 Escobar and all other potential claimants in the defendant funds.
18      **IT IS SO ORDERED.**
19
20 Dated:  ___September 10, 2009___     _/s/ Valerie Baker Fairbank_____
                                        The Hon. Valerie Baker Fairbank
21                                      UNITED STATES DISTRICT JUDGE

22 Presented by:

23 GEORGE S. CARDONA
   Acting United States Attorney
24
   _____
25 MONICA E. TAIT
   Assistant United States Attorney
26
   Attorneys for Plaintiff
27 United States of America

28